IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| Matthew Kyle Winfrey | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | 1:06CV00145 |
| | ) | |
| v. | ) | |
| | ) | |
| Melton Jewell, etc., et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER DISMISSING ACTION WITHOUT PREJUDICE
## FOR FAILURE TO OBTAIN SERVICE

The record in this action not indicating that plaintiff has obtained service upon defendant Melton Jewell, dba Automotive Fasteners, Inc., within 120 days after filing of the complaint, and plaintiff, after notice, not having demonstrated good cause why such service was not made within the period, this action is dismissed without prejudice as to defendant Melton Jewell, dba Automotive Fasteners, Inc.

**IT IS SO ORDERED.**

This the 20th day of December, 2006.

*/s/ Russell A. Eliason*
**United States Magistrate Judge**